UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BRANDON NELSON, :
:
Plaintiff, :
: 21-CV-777 (JMF)
-v- :
: ORDER
ROBINHOOD FINANCIAL LLC, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 5, 2021, non-party April Miller, proceeding without counsel, moved to intervene as a plaintiff in this case. ECF No. 8. Although the motion references a "Brief in Support . . . attached," the only supporting documentation provided appears to be unidentified and unauthenticated screenshots from a cellphone. Because Ms. Miller provides no legal authority or cognizable evidence in support of her motion, it is DENIED without prejudice to renewal with appropriate supporting authority and documentation.

      Separately, on February 4, 2021, Defendants waived service of process, making their deadline to answer or respond to the Complaint is April 5, 2021. ECF No. 7. In light of that, the initial pretrial conference currently scheduled for March 18, 2021 is ADJOURNED to **April 15, 2021** at **3:00 p.m.**

      The Clerk of Court is directed to terminate ECF No. 8 and to mail a copy of this Order to Ms. Miller.

      SO ORDERED.

Dated: February 9, 2021
       New York, New York
                                                JESSE M. FURMAN
                                        United States District Judge